USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against

ORIS SANCHEZ OLIVO,

                Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for Thursday, January 16, 2020, is adjourned to February 26, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
         January 7, 2020

                                                  KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE