UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/20

    -against-

ORIS SANCHEZ OLIVO,

               Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

KIMBA M. WOOD, District Judge:

    The Court has received the defendant's Rule 35 Motion, dated October 15, 2020.

    The Government is ordered to respond by October 30, 2020.

    SO ORDERED.

Dated: New York, New York
       October 19, 2020

                                              /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE