# Michael D. Horn
*Counselor-at-Law*
31-19 Newtown Ave., Suite 500
Astoria, NY 11102

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/21
```

July 19, 2021

**Via ECF Only**
Honorable Kimba M. Wood
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY. 10007

**MEMO ENDORSED**

    Re:    U.S. v. Oris Sanchez Olivo
                Case 19-cr-484 (KMW)

Your Honor,

    I write to request permission for Ms. Sanchez Olivo to visit her husband, Danibel Luis, at the Otisville Correctional Facility. I understand visit time is available this Thursday, July 22, 2021. <u>By this letter we respectfully request that the Court grant her 48 hours to travel with her children and return after visiting her husband who is a prisoner in Otisville.</u>

**Granted -KMW**

    Your consideration of this request is respectfully appreciated.

Yours truly,

*Michael D. Horn*

Michael D. Horn, Esq.
Counsel for the Defense
31-19 Newtown Ave, #500
Astoria, NY 11102
(718) 777-7717

**SO ORDERED.**

**Dated: July 21, 2021**
**New York, NY**

    */s/ Kimba M. Wood*
**THE HONORABLE KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**

cc:    Elizabeth Espinosa (Via ECF)
        Assistant United State Attorney