UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ORIS SANCHEZ OLIVO,

                                 Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 484-02 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/21

KIMBA M. WOOD, District Judge:

Restitution ordered for the above-captioned defendant shall be joint and several with co-defendant Danibel Luis, 19 CR 484-01 (KMW), up to the amount of $60,039.44, the amount attributable to defendant Olivo.

Restitution payments shall be disbursed to the victim:

TD Bank
11000 Atrium Way
Mt. Laurel, NJ 08054

SO ORDERED.

Dated: New York, New York
October 5, 2021

                                                   /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE