USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ORIS SANCHEZ-OLIVO,

                Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 484 (KMW)

KIMBA M. WOOD, District Judge:

The Court has received defendant's July 1, 2024, Motion for Termination of Restitution Obligation.

The Government shall respond by July 24, 2024.

SO ORDERED.

Dated: New York, New York
       July 3, 2024

                                      _____
                                      KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE